MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jeff.Nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00012-JW |
|     Plaintiff, ) | STIPULATION TO SCHEDULE |
| v. ) | DISPOSITION HEARING |
| JASON HAGBERG, ) | |
|     Defendant. ) | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Jason Hagberg, through his counsel Jules Bonjour, hereby agree and stipulate to move the status hearing in this case presently scheduled for Monday, October 18, 2010 at 1:30 p.m. to Monday, October 4, 2010 at 1:30 p.m. before this Court.   The reason for the new date is that the parties have reached a disposition in this matter, and the parties wish to schedule this matter on October 4, 2010 so that defendant Hagberg may change his plea.

1    It is so stipulated.

2                                            Respectfully submitted,

3                                            MELINDA HAAG
                                             UNITED STATES ATTORNEY
4

5    Dated: September 28, 2010               _____/s/_____
                                             JEFFREY D. NEDROW
6                                            Assistant U.S. Attorney

7    Dated: September 28, 2010               _____/s/_____
                                             JULES BONJOUR
8                                            Attorney for Jason Hagberg

9
                                    **ORDER**
10

11       Based on the stipulation of the parties and the facts set forth herein, good cause

12   appearing,

13       IT IS HEREBY ORDERED that the status hearing in this case presently scheduled for

14   October 18, 2010 is vacated.  This matter is hereby set for disposition hearing on Monday,

15   October 4, 2010 at 1:30 p.m. before this Court.

16       Dated this 29th day of September, 2010.

17
                                             _____
18                                           JAMES WARE
19                                           United States District Judge

2