1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5054
7     Facsimile: (408) 535-5066
      Email:    Jeff.Nedrow@usdoj.gov
8
9  Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,         )    CR 10-00012-EJD
                                      )
14              Plaintiff,            )    STIPULATION TO CONTINUE
                                      )    SENTENCING HEARING
15       v.                           )
                                      )
16                                    )
    JASON HAGBERG,                    )
17                                    )
                Defendant.            )
18  _____ )

19

20       The United States, through its counsel Jeffrey Nedrow, and defendant Jason Hagberg,

21  through his counsel Jules Bonjour, hereby agree and stipulate to continue the sentencing hearing

22  in this case presently scheduled for Monday, June 6, 2011 at 1:30 p.m. to Monday, August 22,

23  2011 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:

24       1) Both counsel are requesting additional time to prepare for sentencing in this case.  The

25  government requests additional time to evaluate information developed subsequent to the

26  indictment in this case and to finalize its sentencing recommendation, and the defense requests

27  additional time to respond to the government's recommendation.

28

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from June 6, 2011 to August 22, 2011 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

Dated: June 1, 2011                          _____/s/_____
                                             JEFFREY D. NEDROW
                                             Assistant U.S. Attorney

Dated: June 1, 2011                          _____/s/_____
                                             JULES BONJOUR
                                             Attorney for Jason Hagberg

## ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from June 6, 2011 to August 22, 2011 at 1:30 p.m. before this Court.

Dated this  3rd  day of June, 2011.

_____
EDWARD J. DAVILA
United States District Judge