```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  JEFFREY D. NEDROW (CABN 161299)
    Assistant United States Attorney
 5
       150 Almaden Blvd., Suite 900
 6     San Jose, California 95113
       Telephone: (408) 535-5054
 7     Facsimile: (408) 535-5066
       Email:   Jeff.Nedrow@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 10-00012-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| JASON HAGBERG, | ) | |
| Defendant. | ) | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Jason Hagberg, through his counsel Jules Bonjour, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Monday, August 22, 2011 at 1:30 p.m. to Monday, October 31, 2011 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:

    1) Both counsel are requesting additional time to prepare for sentencing in this case.  The government requests additional time to evaluate information developed subsequent to the indictment in this case and to finalize its sentencing recommendation, and the defense requests additional time to respond to the government's recommendation.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from August 22, 2011 to October 31, 2011 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

                                      Respectfully submitted,

                                      MELINDA HAAG
                                      UNITED STATES ATTORNEY

August 16, 2011                        _____/s/_____
                                      JEFFREY D. NEDROW
                                      Assistant U.S. Attorney

August 16, 2011                        _____/s/_____
                                      JULES BONJOUR
                                      Attorney for Jason Hagberg

### **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from August 22, 2011 to October 31, 2011 at 1:30 p.m. before this Court.

Dated this 17th day of August, 2011.

                                      _____
                                      EDWARD J. DAVILA
                                      United States District Judge