Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400
jules@btbandb.com

Attorneys for defendant
Jason Hagberg

**FILED**

DEC 1 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JASON HAGBERG,
    Defendant.
_____/

No. CR 10-0012-1 EJD

STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL RELEASE TRAVEL RESTRICTION

It is hereby stipulated between the government and the defendant that Mr. Hagberg can travel to Blyth, Victorville and Los Angeles on December 16, 2011 and return on December 25, 2011.

Mr. Jaime Carranza, Mr. Hagberg's pretrial release supervisor, has been contacted and he has no objection to the proposed modification.

Mr. Hagberg will be traveling to visit family for the holidays.

IT IS SO STIPULATED.

Dated: December 9, 2011             /s/
                                                 Jules F. Bonjour

Dated: December 9, 2011             /s/
                                                 Jeff Nedrow

GOOD CAUSE appearing and based upon the attached stipulation,

IT IS HEREBY ORDERED that the defendant's pretrial release conditions be modified as follows:

1. He will be allowed to travel to Blyth, Victorville and Los Angeles from December 16, 2011 through December 25, 2011 to visit family for the holiday.

IT IS SO ORDERED.

Dated: 12/15/11

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge