MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Facsimile: (408) 535-5066
    Email:   jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-00012-EJD |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| JASON HAGBERG, | ) ) | |
| Defendant. | ) ) | |

    The United States, through its counsel Jeff Nedrow, and defendant Jason Hagberg, through his counsel Jules Bonjour, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Monday, June 25, 2012 at 1:30 p.m. to Monday, August 27, 2012 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:

    1) The parties are requesting additional time to prepare for sentencing in this case.  The government requests additional time to finalize its sentencing recommendation, and the defense requests additional time to respond to the government's recommendation.

    For these reasons, the parties respectfully request that the Court continue the sentencing

hearing in this case from June 25, 2012 to August 27, 2012 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

June 21, 2012                                  _____/s/_____
                                               JEFFREY D. NEDROW
                                               Assistant U.S. Attorney

June 21, 2012                                  _____/s/_____
                                               JULES BONJOUR
                                               Attorney for Jason Hagberg

### **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from June 25, 2012 to August 27, 2012 at 1:30 p.m. before this Court.

Dated this __22__ day of June, 2012.

_____
EDWARD J. DAVILA
United States District Judge

2