MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Facsimile: (408) 535-5066
Email:     jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00012-EJD |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. ) | |
| JASON HAGBERG, ) | |
| Defendant. ) | |

The United States, through its counsel Jeff Nedrow, and defendant Jason Hagberg, through his counsel Jules Bonjour, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Monday, October 22, 2012 at 1:30 p.m. to Monday, January 28, 2013 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:

    1) The parties are requesting additional time to prepare for sentencing in this case.  The government requests additional time to finalize its sentencing recommendation, and the defense requests additional time to respond to the government's recommendation.

    For these reasons, the parties respectfully request that the Court continue the sentencing

hearing in this case from October 22, 2012 to January 28, 2013 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

                      Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

October 16, 2012                                  _____/s/_____
                                               JEFFREY D. NEDROW
                                               Assistant U.S. Attorney

October 16, 2012                                  _____/s/_____
                                               JULES BONJOUR
                                               Attorney for Jason Hagberg

### **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from October 22, 2012 to January 28, 2013 at 1:30 p.m. before this Court.

Dated this __17__ day of October, 2012.


_____
EDWARD J. DAVILA
United States District Judge