1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5054
     Facsimile: (408) 535-5066
8    Email:   jeff.nedrow@usdoj.gov

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                  SAN JOSE DIVISION
13
   UNITED STATES OF AMERICA,        )    CR 10-00012-EJD
14                                  )
            Plaintiff,              )    STIPULATION TO CONTINUE
15                                  )    SENTENCING HEARING
       v.                           )
16                                  )
   JASON HAGBERG,                   )
17                                  )
            Defendant.              )
18  _____)
19
20      The United States, through its counsel Jeff Nedrow, and defendant Jason Hagberg,
21 through his counsel Jules Bonjour, hereby agree and stipulate to continue the sentencing hearing
22 in this case presently scheduled for Tuesday, January 29, 2013 at 1:30 p.m. to Monday, March
23 18, 2013 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:
24      1) The parties are requesting additional time to prepare for sentencing in this case.  The
25 government requests additional time to finalize its sentencing recommendation, and the defense
26 requests additional time to respond to the government's recommendation.
27      For these reasons, the parties respectfully request that the Court continue the sentencing
28

hearing in this case from January 29, 2013 to March 18, 2013 at 1:30 p.m. The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

January 25, 2013                             /s/
                                        JEFFREY D. NEDROW
                                        Assistant U.S. Attorney

January 25, 2013                             /s/
                                        JULES BONJOUR
                                        Attorney for Jason Hagberg

### **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from January 29, 2013 to March 18, 2013 at 1:30 p.m. before this Court.

Dated this 25th day of January, 2013.

_____
EDWARD J. DAVILA
United States District Judge

2