1   Jules F. Bonjour, State Bar No. 38980
    BONJOUR, THORMAN, BARAY & BILLINGSLEY
2   24301 Southland Drive, Suite 312
    Hayward, CA 94545
3   (510) 785-8400
    jules@btbandb.com
4

5   Attorneys for defendant
    Jason Hagberg
6

**FILED**

FEB - 7 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,                    No.  CR 10-0012-1 JW

                    Plaintiff,
11
                                                 STIPULATION AND ORDER RE
12  vs.                                          MODIFICATION OF PRETRIAL
                                                 RELEASE TRAVEL
13                                               RESTRICTION

14  JASON HAGBERG,

                    Defendant.
15  _____/

16

17          It is hereby stipulated between the government and the defendant that Mr. Hagberg can

18  travel to Richmond, Texas from February 14, 2013 through February 20, 2013 to visit with

19  family, and to San Diego on March 13, 2013 through March 17, 2013 to attend his brother's

20  baseball game at USD.

21          Ms. Kim Do, Mr. Hagberg's pretrial release supervisor, has been contacted and he has no

22  objection to the proposed modification.

23

24  IT IS SO STIPULATED.

25

26  Dated: February 4, 2013                          _____/s/_____
                                                        Jules F. Bonjour
27

28  Dated: February 4, 2013                          _____/s/_____
                                                        Jeff Nedrow

1

1      GOOD CAUSE appearing and based upon the attached stipulation,

2      IT IS HEREBY ORDERED that the defendant's pretrial release conditions be modified

3 as follows:

4     1.     He will be allowed to travel to Richmond, Texas between February 14, 2013 and

5         February 20, 2013 to visit with family.

6     2.     He will further be allowed to travel to San Diego between March 13, 2013 and

7         March 17, 2013 to attend his brother's baseball game at USD.

8 IT IS SO ORDERED.

9

10

11 Dated:     2/7/13

12                           HONORABLE EDWARD J. DAVILA

                               United States District Judge

13                            HOWARD R. LLOYD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28